| | |
|---|---|
| 1 | THOMAS MINDER & ASSOCIATES<br>THOMAS G. MINDER, ESQ. (SBN: 054146) |
| 2 | JONATHAN A. SAUL, ESQ. (SBN: 189271)<br>RANDI L. FUJIMOTO, ESQ. (SBN: 199677) |
| 3 | 2151 River Plaza Drive, Suite 290<br>Sacramento, CA 95933 |
| 4 | Telephone: 916-929-4400<br>Facsimile: 916-929-4466 |
| 5 | Attorneys for Defendants |
| 6 | KARAM S. BANGAR and HARBANS K. BANGAR |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO,<br><br>          Plaintiff,<br><br>     vs.<br><br>KARAM S. BANGAR, an individual,<br>HARBANS K. BANGAR, an individual,<br>et al.,<br><br>          Defendants<br>_____/ | CASE NO.: 2:13-cv-00959-TLN-KJN<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED ANSWER** |

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the attorney for the respective parties herein that:

1.   That defendants KARAM S. BANGAR and HARBANS K. BANGAR be granted leave to file Defendants' First Amended Answer to First Amended Complaint and Notice of Affirmative Defenses, a true and correct copy of which is attached hereto as Exhibit A; and

/////

/////

/////

////

**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED ANSWER**

1

1     2.     This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original, but all of which together, shall constitute one instrument

IT IS SO STIPULATED:

DATED: December __13__, 2013

                              LAW OFFICE OF IRENE KARBELASHVILI

                              By __/s/_____
                                  Irene Karbelashvili - SBN 232223
                              Attorneys for Plaintiff
                              ALEKSEY NECHITAYLO

DATED: December __13__, 2013

                              THOMAS MINDER & ASSOCIATES


                              By: __/s/_____
                                  Thomas G. Minder - SBN 054146
                              Attorneys for Defendants
                              KARAM S. BANGER and HARBANS K. BANGER

IT IS SO ORDERED.

Dated: December 18, 2013

                              _____
                              Troy L. Nunley
                              United States District Judge

**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED ANSWER**
2