THOMAS MINDER & ASSOCIATES
THOMAS G. MINDER, ESQ. (SBN: 054146)
RANDI L. FUJIMOTO, ESQ. (SBN: 199677)
2151 River Plaza Drive, Suite 290
Sacramento, CA 95933
Telephone: 916-929-4400
Facsimile: 916-929-4466

Attorneys for Defendants
KARAM S. BANGAR and HARBANS K. BANGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KARAM S. BANGAR, an individual,<br>HARBANS K. BANGAR, an individual,<br>et al,<br><br>　　　　　Defendants<br>_____/ | CASE NO.: 2:13-cv-00959-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT OFF AS TO PLAINTIFF'S DEPOSITION** |

**STIPULATION**

　　　IT IS HEREBY STIPULATED, by and between the attorney for the respective parties herein that:

　　　Counsel for plaintiff has advised that she is not available for Plaintiff's February 27, 2014 deposition, due to prior commitments. Nor is she available to complete Plaintiff's deposition before the March 3, 2014 cut off date, due to prescheduled Court appearances. Parties request that the

1

discovery cut off, with respect to depositions only, be pushed out thirty (30) days.  A facsimile of the signature page of this Stipulation shall have the same force and affect as an original.

  IT IS SO STIPULATED:

DATED: February 28, 2014   **THOMAS MINDER & ASSOCIATES**

              By_____
                Jonathan Saul - SBN 189271
              Attorneys for Defendants
              KARAM S. BANGAR and HARBANS
              K. BANGAR

DATED: February _____, 2014   **LAW OFFICE OF IRENE KARBELASHVILI**

              By _____
               Irene Karbelashvili - SBN 232223
              Attorneys for Plaintiff
              ALEKSEY NECHITAYLO

## ORDER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

  The Court hereby GRANTS this Stipulation and Order to Extend Discovery Cut Off as to Plaintiff's Deposition.  Plaintiff's deposition shall be completed no later than April 4, 2014.

Dated: March 7, 2014

              _____
              Troy L. Nunley
              United States District Judge