THOMAS MINDER & ASSOCIATES
THOMAS G. MINDER, ESQ. (SBN: 054146)
JONATHAN SAUL, ESQ. (SBN: 189271)
RANDI L. FUJIMOTO, ESQ. (SBN: 199677)
JEFFREY J.A. HINRICHSEN, ESQ. (SBN: 204269)
2151 River Plaza Drive, Suite 290
Sacramento, CA 95933
Telephone: 916-929-4400
Facsimile: 916-929-4466

Attorneys for Defendants
KARAM S. BANGAR and HARBANS K. BANGAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO, | CASE NO.: 2:13-cv-00959-TLN-KJN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND DISCLOSURE OF DEFENDANTS' EXPERT WITNESSES |
| KARAM S. BANGAR, an individual, HARBANS K. BANGAR, an individual, et al, | |
| Defendants _____/ | |

**STIPULATION**

    IT IS HEREBY STIPULATED, by and between the attorney for the respective parties herein that:

    The parties to this action agree and hereby stipulate that the Disclosure of Defendants' Expert Witnesses, presently scheduled to occur on May 9, 2014, be continued to May 30, 2014.

1

Counsel are beginning settlement negotiations and will make a good faith effort to resolve the matter following the deposition of the plaintiff which is scheduled for May 12, 2014.

A facsimile of the signature page of this Stipulation shall have the same force and affect as an original.

IT IS SO STIPULATED:

DATED: May _9_, 2014                    **THOMAS MINDER & ASSOCIATES**


By ___/s/_____
      Jonathan Saul - SBN 189271
Attorneys for Defendants
KARAM S. BANGAR and HARBANS K. BANGAR


DATED: May _9_, 2014                    **LAW OFFICE OF IRENE KARBELASHVILI**


By _____/ S /_____
      Irene Karbelashvili - SBN 232223
Attorneys for Plaintiff
ALEKSEY NECHITAYLO


## ORDER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The Court hereby GRANTS this Stipulation and Order to Extend Discovery Cut Off as to Plaintiff's Deposition. Plaintiff Aleksey Nechitaylo's deposition shall be completed no later than May 30, 2014.

Dated: May 13, 2014

_____
Troy L. Nunley
United States District Judge